DOMINICK CONDEME, Respondent, *v.* NEW YORK TELE-PHONE COMPANY, Appellant.

(Argued December 2, 1930; decided January 6, 1931.)

*Charles J. Herrick* for appellant.
*Thomas La Rosa* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts on the ground that the plaintiff has not proved his freedom from contributory negligence; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.